AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

SONYA ALLEN,

                                        **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.                                            Case No. 04-2348-JPO

THE CATO CORPORATION,

        Defendant.

☒      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐      Decision by Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, The Cato Corporation, recover of the plaintiff, Sonya Allen, its costs of action.

  December 7, 2006                          **RALPH L. DeLOACH**
*Date*                                            *Clerk*

                                                    __s/ Kathleen L. Grant__
                                                    *(By) Deputy Clerk*